ORIGINAL

PROB. 12B
(7/93)

# United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 01 2008

at 10 o'clock and 4 min. 4 M.
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: ARTHUR LEE, JR.          Case Number: CR 02-00523HG-02

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence: 4/19/2004

Original Offense:   <u>Count 1</u>: Conspiracy to Distribute and Possess With Intent to
                    Distribute 50 Grams or More of Methamphetamine and 50 Grams
                    or More of Cocaine Base and Cocaine, in violation of 21 U.S.C.
                    §§ 846, 841(a)(1) and 841(b)(1)(A), a Class A felony

Original Sentence:  Sixty-three (63) months imprisonment term, followed by (5) years
                    supervised release with the following special conditions:  1) That
                    the defendant participate in a substance abuse program, which
                    may include drug testing at the discretion and direction of the
                    Probation Office; 2) That the defendant is prohibited from
                    possessing any illegal or dangerous weapons; 3) That the
                    defendant provide the Probation Office access to any requested
                    financial information; and 4) That the defendant shall submit his
                    person, residence, place of employment, or vehicle to a search
                    conducted by the U.S. Probation Office at a reasonable time and in
                    a reasonable manner, based upon reasonable suspicion of
                    contraband or evidence of a violation of a condition of supervision.
                    Failure to submit to a search may be grounds for revocation.  The
                    defendant shall warn any other resident that the premises may be
                    subject to search pursuant to this condition.

Type of Supervision: Supervised Release     Date Supervision Commenced: 3/10/2008

### PETITIONING THE COURT

[ X ]    To modify the conditions of supervision as follows:

Prob 12B
(7/93)

2

| General Condition: | That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision (mandatory condition). |
| --- | --- |
| Special Condition No. 1: | That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. |

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. Special Condition No. 1 | On 4/8/2008, the subject failed to submit to drug testing, in violation of Special Condition No. 1. |

The subject's supervised release commenced on 3/10/2008.  The subject was immediately referred to the Freedom Recovery Services (FRS) for counseling and Hina Mauka for random drug testing.  In regard to drug testing, he is required to call a message recorder on a daily basis for drug testing requirements.

On 4/9/2008, we received notification from Hina Mauka that the subject failed to report for a drug test on 4/8/2008.  When telephonically contacted, the subject stated that he may have forgotten to call the message recorder.  He was verbally reprimanded and instructed to call the recorder daily.

The subject has a long-term involvement in the distribution of cocaine and methamphetamine.  As a result, given the ruling in U.S. vs. Stephens, the recommended modifications will enable the Probation Office to implement controlling strategies to detect substance abuse and ensure that he does not reinvolve himself in noncompliant behavior.

Prob 12B
(7/93)

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives his right to a hearing and to assistance of counsel.  The subject agrees to the modification of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date:  6/25/2008

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[  ]  Other

HELEN GILLMOR
Chief U.S. District Judge

6·27·08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

**General Condition:**  *That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).*

**Special Condition No. 1:**  *That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _____
MERILEE N. LAU
U.S. Probation Officer

Signed: _____
ARTHUR LEE, JR.
Supervised Releasee

6-19-08
Date